**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-2353**

———————————

EMORY JOHNSON, JR.,

Plaintiff - Appellant,

versus

ALUMINUM COMPANY OF AMERICA,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (1:03-cv-00980-NCT)

———————————

Submitted:  August 11, 2006          Decided:  October 12, 2006

———————————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Emory Johnson, Jr., Appellant Pro Se.  Louis Adams Bledsoe, III, Angelique Regail Vincent, ROBINSON, BRADSHAW & HINSON, PA, Charlotte, North Carolina; William Vance Conley, Lisa L. Steele, LEBOEUF, LAMB, GREENE & MACRAE, LLP, Pittsburgh, Pennsylvania, for Appellee

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emory Johnson, Jr., appeals the district court's order granting the Defendant's Fed. R. Civ. P. 56 motion for summary judgment in this employment discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Aluminum Co. of America, No. 1:03-cv-00980-NCT (M.D.N.C. Oct. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED